# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF MICHIGAN

**Branden Trapp**
*Plaintiff*

Case: 4:23-cv-11247
Judge: Kumar, Shalina D.
MJ: Patti, Anthony P.
Filed: 05-26-2023 At 01:48 PM
CMP TRAPP V. VANCE AND HUFFMAN, LLC (NA)

v.

Jury Trial: _X_ Yes ___ NO

Vance and Huffman, LLC
*Defendant*

### Complaint for a Civil Case Affidavit

**COME NOW,** Plaintiff is a natural living adult man, Branden Trapp, that makes an oath and say:

### JURISDICTION

1. This is an action for damages, brought against the Defendant for violating the Fair Debt Collection Practices Act at 15 U.S.C. § 1692et seq. ("FDCPA") for invasion of the Plaintiff privacy. United States District Court for the Eastern District of Michigan has proper jurisdiction, under 15 U.S.C § 1692k, 28 U.S.C § 1331, 1337, and supplemental jurisdiction exists for the state law claims under 28 U.S.C. § 1367.

### VENUE

2. The occurrences which give rise to this action occurred in Detroit, Wayne County, Michigan.

3. The venue is proper in the United States District Court for the Eastern District of Michigan, under 28 U.S.C. § 1391 (b).

### PARTIES

4. Plaintiff is an adult natural person who resides in Detroit, Wayne County, Michigan.

5. Defendant is a Limited Liability Company that regularly conducts business in the Eastern District of Michigan and has a Principal Office at 55 Monette PKWY, Suite 100, and a Registered Office, Suite 101, Smithfield, Virginia 23430-0000, USA.

### GENERAL ALLEGATIONS

PLAINTIFF, proceeding pro se brings this complaint against the Defendant and alleges as follows:

6. Plaintiff received a computer-generated letter from Defendant by postal mail on May 06, 2023.

7. FACT, the letter Plaintiff received from Defendant is an unsigned, unverified, unvalidated statement alleging some kind of debt in the amount of $268.03. See "Exhibit A" for proof.

8. On 05/11/2023 Plaintiff called Defendant to retrieve more information regarding the allegations on the statement he received from Defendant, Plaintiff spoke with one of the Defendant agents, the agent was

Complaint
Page 1-4

unable to handle the matter of Plaintiffs call, so she rudely interrupted him while he was talking and stated, "I'm transferring you to the Supervisor" and completed the transfer of the call.

9. Plaintiff waited for 1 (one) minute for someone to pick up, NO ONE PICKED UP, therefore Plaintiff disconnected the call.

10. FACT, on 05/11/2023 Plaintiff filed a Consumer Financial Protection Bureau ("CFPB") complaint against the Defendant, informing, that the Defendant agent was rude and failed to handle the matter of the call, the complaint had 1 attachment, that was a written Lawful Notice of Dispute ("written notice") letter. See "Exhibit B" and "Exhibit B1" for proof of the complaint and 1 attachment.

11. FACT, on 05/12/2023 Defendant served a response to the CFPB complaint alleging no violations has been made for notifying a consumer regarding a collection matter; Defendant stated the information was provided, but no information was provided; Defendant confirmed the Plaintiff called to dispute the allegations and asked for documentary evidence that will prove the Plaintiff owe Defendant; Defendant place the account in a disputed status/closed. See "Exhibit C" for proof of Defendants response.

12. Defendant failed or refused to provide the Plaintiff with a claim verified under the penalty of perjury, as he asked for it in the written notice to prove Defendant allegations, in above paragraph 10.

13. Defendant failed or refused to provide the Plaintiff with a certified copy of the contract that exists between Plaintiff and Defendant, as he asked for it in the written notice to prove Defendant allegations, in above paragraph 10.

14. Defendant failed or refused to verify their claim under pains and penalties that their claim is a true debt and not a collection scheme, as asked in the written notice, in above paragraph 10.

15. Defendant failed or refused to send Plaintiff a certified copy of their license to collect a debt in Michigan, as he asked for it in the written notice to prove Defendant allegations, in above paragraph 10.

16. FACT, on 05/13/2023 Plaintiff filed another CFPB complaint informing Defendant they have defaulted, the complaint has 2 attachments one was a Lawful Notice of Default; Last Opportunity to Cure and the other one was an Invoice for Defendant misconduct that caused Plaintiff anxiety, depression, and loss of ability to perform daily task to write these letters to get the Defendant to obey the law and the Plaintiff rights. See "Exhibit D", "Exhibit D1", and "Exhibit D2" for proof of complaint filed with attachments.

17. FACT, on 05/15/2023 Defendant marked the complaint as a duplicate. See "Exhibit E" for proof.

18. FACT, on 05/15/2023 Plaintiff called the CFPB and spoke with an agent and asked the agent can she re-file his complaint and attach the same two documents stated in paragraph 16. The agent re-filed and attached the documents. See "Exhibit F" for proof.

19. FACT, on 05/16/2023 Defendant marked that complaint as a duplicate. See "Exhibit G" for proof.

20. FACT, on 05/18/2023 Plaintiff received communication from Defendant by postal mail attempting to collect a debt at the address Plaintiff informed the Defendant to only send check for violations and damages. Defendant again violated the Plaintiff privacy and disobeyed the FDCPA, as they were not given prior consent by the Plaintiff to communicate by any medium to attempt to collect an alleged debt, see "Exhibit H" for proof, FURTHERMORE, Defendant attempted to collect the same alleged debt after stating they put the account in a disputed/closed status, from the response in above paragraph 11.

21. Because of the list above misconduct by the Defendant, and Defendants use of abusive, deceptive, unfair practices, and invasion of the Plaintiffs right to privacy, the Plaintiff suffered an injury of actual damage, and statutory damage, therefore Plaintiff demand punitive damage to be awarded as punishment for the Defendant's misconduct.

## COUNT ONE – FDCPA – 15 U.S.C 1692et seq.

22. Plaintiff re-alleges the above paragraphs 6 – 21.

23. FACT, under § 802., *Congressional findings and declarations of purpose.* (a) *Abusive practices.* Congress has stated " There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to **INVASIONS OF INDIVIDUAL PRIVACY.**"

24. FACT, under § 802 (e) *Purposes*, Congress stated " It is the purpose of this subchapter to **ELIMINATE** abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses."

25. FACT, Plaintiff is a "consumer" under § 803 (3).

26. FACT, Defendant is a "debt collector" under § 803 (6).

27. FACT, under § 805 (a) (1) Defendant violated this part, because the Plaintiff never given Defendant prior consent **directly** to communicate with him in connection with the collection of any debt nor does the Defendant has express permission from a court of competent jurisdiction.

28. FACT, under § 805 (c) Defendant violated this part, because after the consumer sent Defendant the written notice, in above paragraph 10, the consumer received another communicate by mail on 05/18/2023 from Defendant attempting to collect the same alleged debt after being notified to cease all communication and collection from their records.

29. FACT, under § 806 (2) Defendant violated this part, because in their initial communication with the consumer, Defendant engaged in the conduct to abuse the consumer in connection with collection of a debt, using obscene and profane language.

30. FACT, under § 807 (2) (A) Defendant violated this part, by using false, deceptive, and misleading means in connection with the collection of debt by false representation of the character, amount, and legal status of the alleged debt.

31. FACT, under § 807 (10) Defendant violated this part, for using deceptive means to attempt to collect a debt.

32. FACT, under § 808 (1) Defendant violated this part, for using unfair means to attempt to collect a debt because their conduct was to collect an amount of 268.03 without it being expressly authorized by an agreement creating the debt or permitted by law.

33. FACT, under § 812 (a) Defendant violated this part, for unlawfully designing and compiling the forms from above paragraphs 7 and 20, knowing that such form(s) would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

34. FACT, under § 813 (a) (1), (a) (2) (A), (a) (2) (B), and (a) (3), Defendant is Civilly liable for failure to comply with the listed above provisions of the FDCPA and shall be held liable to the Plaintiff in the amount of any actual damage, statutory damage, punitive damage, and reasonable attorney's fee as determined by the court.

**DEMAND FOR JUDGMENT RELIEF**

*Complaint page 3-4*

35. Plaintiff re-alleges the above paragraphs 6 – 34.
36. Accordingly, Plaintiff requests this Honorable Court grant him the following relief against the Defendant:

> The Plaintiff has been severely disadvantaged due to Defendants failure to comply with the FDCPA. The Plaintiff seeks remedy of:
>
> 1.) $25,000 for his injury (actual damage) of anxiety, emotional distress, stress, sleeplessness and time away from his daily activities caused by Defendant;
>
> 2.) $1,000 Statutory damage;
>
> 3.) $7,000 Punitive damage;
>
> 4.) attorneys' fees and any other relief determined by the court;
>
> 5.) An order directing Defendant to immediately stop collection and cease all communication with Plaintiff;
>
> 6.) An order directing Defendant to send Plaintiff the awarded amount by check with overnight delivery to the address: 10870 Marne St., Detroit, MI 48224.

### Jurat

Branden Trapp appeared before me ("The Notary Public") on this __26__ day of __May__, 2023, as the living soul, adult male, residing in the natural person, presenting his government-issued identification to

__NURUL HAQUE__   [signature]   __07.01.2027__   SEAL:
NOTARY- PRINTED NAME   NOTARY- SIGNATURE   COMMISSION EXP. DATE

*Nurul Haque*
*NOTARY PUBLIC - STATE OF MICHIGAN*
*COUNTY OF WAYNE*
*My Commission Expires July 1, 2027*
*Acting in the County of Wayne*

### Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous arguments for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

> I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.
>
> Date of signing: __May 26__, 20__23__.
>
> Signature of Plaintiff __[signature]__
>
> Printed Name of Plaintiff __Branden Trapp, Pro Se__

10870 Marne St.
Detroit, MI 48224
(586) 353 - 8258
Branden.trapp@gmail.com

*Complaint page 4-4*

Vance & Huffman
55 Monette Parkway
Smithfield, VA 23430-2577
(866) 218-5786
7:30am to 7:30pm ET Monday to Thursday and
7:30am to 5:30pm ET Friday
www.payvhllc.com

To: Branden Trap
12235 WILSHIRE DR
DETROIT, MI 48213-1771

Reference:   MS115060

**Vance & Huffman, LLC is a debt collector.** We are trying to collect a debt you owe to Accelerated Portfolio Inc. We will use any information you give us to help collect the debt. The current creditor's account number is MS115060. The original creditor, Crest Financial, was the creditor as of February 28, 2018 with account number 1461347-1.

### Our information shows:

You had an account from Crest Financial with account number 1461347-1.

| | |
|---|---|
| As of February 28, 2018, you owed: | $268.03 |
| Between February 28, 2018 and April 06, 2023: | |
| You were charged this amount in interest | + $0.00 |
| You were charged this amount in fees | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| Total amount of the debt now: | |

**Notice: See reverse side for important information.**

### How can you dispute the debt?

- **Call or write to us by May 06, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by May 06, 2023,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.payvhllc.com/dispute.

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by May 06, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.payvhllc.com/request.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

---

Mail this form to:

Vance & Huffman
55 Monette Parkway
Smithfield, VA 23430-2577

### How do you want to respond?
*Check all that apply:*
☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ **I want you to send me the name and address of the original creditor.**
☐ **I enclosed this amount:** $ _____
Make your check payable to Vance & Huffman. Include the reference number MS115060.
☐ **Quiero este formulario en español.**



Branden Trap
12235 WILSHIRE DR
DETROIT, MI 48213-1771

**cfpb** Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

**Start a new complaint**

← All complaints (.)

# 230511-11065807

**CLOSED**

✓ **Submitted**

**STATUS**
Submitted to the CFPB on 5/11/2023

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

**We received your complaint. Thank you.**

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

On 05/11/2023 I called Vance & Huffman to handle the matter regarding a debt collection letter I received for another company regarding an alleged debt from 2018, the agent I spoke with was very rude and steady trying to talk over me and failed to handle the matter if of validating the alleged debt, she rudely transferred the called while I was still talking and no one picked back up. Silence is Acquiescence, Agreement, and Dishonor Ignorance of the Law is no excuse to mis-process this notice. **** SEE ATTACHMENT FOR FULL DISPUTE NOTICE****

**ATTACHMENTS**

LAWFUL NOTICE OF DISPUTE.pdf (125.5 KB)

# LAWFUL NOTICE OF DISPUTE

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

05/11/2023
BY: CFPB COMPLAINT
Reference: MS115060

**BETWEEN:**

Branden Trapp., consumer

v.

Vance & Huffman., debt collector

Silence is Acquiescence, Agreement, and Dishonor
Ignorance of the Law is no excuse to mis-process this notice.

**NOTICE:** This document is not intended to threaten, harass, hinder, or obstruct any lawful operations. It is to obtain lawful and legal remedy as it is provided by law and tendered with honorable intent.

Dear Vance & Huffman, Agents or Assigns at 55 Monette Parkway, Smithfield, VA 23430-2577

First, I received a computer-generated letter from your company by postal mail on May 06, 2023, an unsigned, unverified, unvalidated statement alleging some kind of debt.

It is my policy to pay all legitimate debts and not be defrauded by clever schemes.

Your claim is conditionally accepted provided you furnish me with a claim verified under the penalty of perjury.

Who are you? Do I have a contract with you? Please send me a certified copy of the contract that exists between Branden Trapp and Vance & Huffman's debt.

Please verify your claim under pains and penalties that this is a true debt and not a collection scheme per the FDCPA (Fair Debt Collection Practices Act) at 15 USC § 1692 e.g.

Please send me a certified copy of your license to collect a debt in Michigan. If you bought this as a "debt collections" device to make money as a debt collector, *Thank you for paying off the bill.*

If Vance & Huffman cannot provide the documentation listed above, I demand your company cease all communication and collection from your company records regarding Branden Trapp and send Branden Trapp a check for $1,000 for the FDCPA violations and damages this has caused. Send check to 10870 Marne St. Detroit, MI 48224. **Vance & Huffman MUST cease, AND send a check to the consumer, FAILURE TO DO BOTH WILL BE DEFAULT AND VANCE & HUFFMAN WILL BE SUBJECT TO MANY FDCPA VIOLATIONS. This notice shall also be taken as a <u>NOTICE OF INTENT TO SUE</u> IN FEDERAL COURT FOR FDCPA VIOLATIONS according to 15 USC 1692k!**

Lastly, I, Branden Trapp am amenable to a standstill of 15 (fifteen) Calendar Days with filing any action for Vance & Huffman to be able to provide the above documentation and/or attempt an amicable resolution of this matter of dispute without the expense of court.

Thank you for your time, /s/ Branden Trapp

View full complaint ⊕

## Sent to company

**STATUS**

Sent to company on 5/11/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 5/12/2023

**RESPONSE TYPE**

Closed with explanation

### Company's Response

Vance and Huffman LLC has reviewed Mr. Trap`s complaint. On 5/11/2023 Mr. Trap contacted the office stating he received a letter from Vance and Huffman LLC. Mr. Trap stated that the office violated FDCPA laws by sending the letter. This is not a violation for notifying a consumer in regard to a collection matter. The information was provided and Mr. Trap stated that he wished to dispute the account and asked to cease and desist but wanted a contract in regard to debt forwarded to him. The representative placed Mr. Trap on hold to forward to a supervisor and Mr. Trap terminated the call. The account has been placed in a disputed status/closed. We have requested the tradeline be removed from credit reporting pending our investigation. We have requested that all validation be sent to Mr. Trap for his review. If we can be of any further assistance, please do not hesitate to contact the office at any time, we will be more than happy to assist you.

  **Consumer Financial Protection Bureau**   Start a new complaint
(https://www.consumerfinance.gov/)

 All complaints (.)

# 230513-11079069
**CLOSED**

✓ **Submitted**

**STATUS**
Submitted to the CFPB on 5/13/2023

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Definition - "you", and "your" means Vance and Huffman, LLC hereinafter. First, I would like to Thank you for responding to the consumer, CFPB complaint, at this time I am informing you that your response is a default beca........*****SEE ATTACHMENTS FOR FULL NOTICE OF DEFAULT***** Be advised: Trapp v. Arbor Professional Solutions, Inc. 2:22-cv-12684

**ATTACHMENTS**

invoice (3).pdf (30.5 KB)

LAWFUL NOTICE OF DEFAULT (1).pdf (111.1 KB)

# LAWFUL NOTICE OF DEFAULT; LAST OPPORTUNITY TO CURE

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

05/13/2023
BY: CFPB COMPLAINT
Reference: MS115060

**BETWEEN:**

Branden Trapp., consumer

v.

Vance and Huffman, LLC., debt collector

Silence is Acquiescence, Agreement, and Dishonor
Ignorance of the Law is no excuse to mis-process this notice.

**NOTICE:** This document is not intended to threaten, harass, hinder, or obstruct any lawful operations. It is to obtain lawful and legal remedy as it is provided by law and tendered with honorable intent.

Dear Vance & Huffman, LLC, Agents or Assigns at 55 Monette Parkway Suite 100, Smithfield, VA 23430

*Definition* - "you", and "your" means Vance and Huffman, LLC hereinafter.

First, I would like to Thank you for responding to the consumer, CFPB complaint, at this time I am informing you that your response is a default because your company has failed to send the consumer certified documentary evidence of the alleged debt, including a certified contract between Branden Trapp and Vance and Huffman, LLC, and a certified copy of your license to collect a debt in Michigan.

The generated letter received from your company is, in FACT, a collection scheme and a subterfuge tactic, and you will be held fully liable for injury/damage, and violations for failure to comply and/or committed act, under the Fair Debt Collection Practices Act ("FDCPA"), also the regulations of the Bureau ("CFPB"), the Federal Trade Commission ("FTC"), Michigan Occupational Code ("MOC"), and Michigan Collection Practices Act ("MCPA").

I give you this last opportunity to cure this matter by doing the following:

**PAY THE ATTACHED INVOICE,** If the consumer does not receive **payment** by Monday, 05/22/2023 it will be taken as silence and your silence is taken as acquiescence, agreement, and dishonor. Under criminal violations, 18 USC 241 Vance and Huffman, LLC and its agent(s) have conspired to injure and oppress the consumer in the enjoyment of his rights secured to him by the Constitution and laws of the United States, or because of his having so exercised the same; and **SHALL** be fined under this title or imprisoned for not more than ten years, or **BOTH.**

Lastly, be advised the consumer will be creating an Affidavit, United States District Court for the Eastern District of Michigan complaint and summons, while at a standstill until the above payment by date.

Thank you for your time,
/s/ Branden Trapp, consumer, DONE IN GODS FAITH!

# Invoice

**From**

**Branden Trapp**

branden.trapp@gmail.com
10870 Marne St, Detroit, MI, 48224-0000

**For**

**Vance and Huffman, LLC**

55 Monette Parkway, Suite 100, Smithfield, VA, 23430
P: 855-206-6697

---

| | |
|---|---|
| Number: | INV4411 |
| Date: | May 13, 2023 |
| Terms: | custom |
| Due: | May 22, 2023 |

| Description | Rate | Qty | Amount |
|---|---|---|---|
| **Emotional Distress** Vance and Huffman, LLC's conduct have caused Branden Trapp anxiety, depression, and loss of the ability to perform daily tasks. | $5000 | 1 | $5,000.00 |
| | | Subtotal | $5,000.00 |
| + $0.00 | | | |
| | | Total | $5,000.00 |
| | | **Balance Due** | **$5,000.00** |

Notes - All communication shall be made by email to the email address above. Make check payable to Branden Trapp, and send by mail with a tracking number, to 10870 Marne St. Det., MI 48224. Send the tracking number to the email address.

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 5/13/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Marked as duplicate

**STATUS**

Marked as a duplicate complaint on 5/15/2023

This complaint appears to be a duplicate of a complaint we've already received. We've included a reference to this complaint on that record.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 230515-11086962

**CLOSED**

✓ **Submitted**

**STATUS**
Submitted to the CFPB on 5/15/2023

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Definition - "you", and "your" means Vance and Huffman, LLC hereinafter. First, I would like to Thank you for responding to the consumer, CFPB complaint, at this time I am informing you that your response is a default beca........*****SEE ATTACHMENTS FOR FULL NOTICE OF DEFAULT***** Be advised: Trapp v. Arbor Professional Solutions, Inc. 2:22-cv-12684

**ATTACHMENTS**

invoice (3).pdf (30.5 KB)

LAWFUL NOTICE OF DEFAULT (1).pdf (111.1 KB)

View full complaint ⊕

✓ **Sent to company**

**STATUS**

Sent to company on 5/15/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

ⓘ **Marked as duplicate**

**STATUS**

Marked as a duplicate complaint on 5/16/2023

This complaint appears to be a duplicate of a complaint we've already received. We've included a reference to this complaint on that record.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Exhibit 11

 **Vance & Huffman**

55 Monette Parkway
Smithfield, VA 23430

Visit us on the web at www.payvhllc.com

Please remit to:
Vance & Huffman, L.L.C.
55 Monette Parkway
Smithfield, VA 23430

Branden Trap
10870 Marne Street
DETROIT, MI 48224

| Date | File Number | Current Creditor | Account | Account Balance |
|---|---|---|---|---|
| 5/12/2023 | MS115060 | Accelerated Portfolio Inc. | CREST FINANCIAL 1461347-1 | $268.03 |

Dear Branden Trap:

In response to the communication we received from you on **5/12/2023**, we asked the original creditor (**CREST FINANCIAL**) to provide supporting documentation regarding the above outlined account. We will cease all collection activity on this account while we investigate the issue. Upon completion of our investigation and receipt of any supporting documents, we will provide a copy of all applicable material we receive.

If you have any questions please call us at (855) 206-6697. Our office hours are Monday through Thursday 9:00AM-7:30PM and Friday 9:00AM-5:30PM Eastern Time.

Sincerely,
Collections Department

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

# LETTER OF INTENT TO SUE

Branden Trapp
10870 Marne St.
Detroit, MI 48224
Branden.trapp@gmail.com

Effective Date: 05/19/2023

**RE: Notice of Intent to File Lawsuit**

Dear Vance and Huffman, LLC,

This letter of intent to sue shall serve as a formal notice that Branden Trapp intends to commence a lawsuit against you due to the following: Violation of the Fair Debt Collection Practices Act 15 USC 1692et seq.

**I. The Plaintiff.** Branden Trapp (the "Plaintiff").

**II. The Defendant.** Vance and Huffman, LLC (the "Defendant").

**III. Settlement Demand.** As a result of your actions, the Plaintiff seeks relief in the form of:

&boxtimes; - Payment in the amount of Thirty-Three Thousand Dollars ($33,000)

&boxtimes; - Other: See attached complaint.

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 10 days from the Effective Date.

**IV. Governing Law.** This Letter of Intent shall be governed under the laws of United State 15 USC 1692k, 28 USC 1331, 1337, and 28 USC 1367.

Sincerely,

*[signature]*

ENCLOSED: 1. United Stated District Court complain affidavit.
             2. 11 Exhibits

To settle this matter privately, ONLY email the Plaintiff at the email address listed above.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Branden Trapp

**DEFENDANTS**
Vance and Huffman, LLC

(b) County of Residence of First Listed Plaintiff: **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Isle of Wight**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692et seq.
Brief description of cause:
Invasion of privacy and violation of the FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 33,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____